Rosa Revesz, plaintiff in error, v. Paul T. Wolkow, defendant in error. Gen. No. 24,988.

Action for recovery of rent due. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Charles N. Goodnow, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

G. A. Buresh, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

In the matter of the petition of Mary W. C. Nelson, arrested at suit of Christina Benson. Christina Benson, appellee, v. Mary W. C. Nelson, appellant. Gen. No. 25,001.

Action to recover damages for alienating husband's affections. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. H. Williams, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

Thomas E. Swanson, for appellant. West & Eckhart, for appellee; William Rothmann, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

John Gianesin, appellee, v. Charles F. Schlieske, appellant. Gen. No. 25,025.

Action to recover wages. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed March 9, 1920.

Clarence T. Morse, for appellant. Gilbert F. Wagner, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

American Trust & Security Company, appellee, v. Mrs. S. Kaufmann et al., on appeal of Rush B. Cosper and William P. Cosper, appellants. Gen. No. 25,053.

Action of replevin. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed. Opinion filed March 9, 1920.

Bennison F. Bartel and Walter F. Heineman, for appellants. McInerney & Power, for appellee; B. B. Collins, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Abraham Tinsley, appellee, v. Independent Western Star Order, appellant. Gen. No. 25,071.

Action to recover on life benefit certificate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed March 9, 1920.

William A. Jonesi, for appellant. William B. Bauer and Louis Rohr, for appellee.

Mr. Justice Barnes delivered the opinion of the court.